# Notice Recipients

District/Off: 0315–1      User: auto      Date Created: 4/13/2026

Case: 26–10196–JCM      Form ID: 309A      Total: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Stephen Hadley      116 West 4th St.      Oil City, PA 16301

ust      Office of the United States Trustee      1000 Liberty Avenue      Suite 1316      Pittsburgh, PA 15222

tr      Justin P. Schantz      David A. Colecchia and Associates      324 South Maple Avenue      2nd Floor      Greensburg, PA 15725

aty      Tina M. Fryling      Tina M. Fryling, Esq.      4258 West 12th Street      Erie, PA 16505

smg      Pennsylvania Department of Revenue      Bankruptcy Division      P.O. Box 280946      Harrisburg, PA 17128–0946

smg      Pennsylvania Dept. of Revenue      Department 280946      P.O. Box 280946      ATTN: BANKRUPTCY DIVISION      Harrisburg, PA 17128–0946

16658755      Capital One      AttN: Bankruptcy      PO Box 30285      Salt Lake City, UT 84130–0285

16658754      Capital One      PO Box 31293      Salt Lake City, UT 84131–0293

16658756      Credit Collection Serv      PO Box 607      Norwood, MA 02062–0607

16658757      Credit Collection Services      Attn: Bankruptcy      725 Canton St      Norwood, MA 02062–2679

16658758      Dept of Education/Neln      PO Box 82561      Lincoln, NE 68501–2561

16658759      IRS      Centralized Insolvency Operation      P.O. Box 7346      Philadelphia, PA 19101–7346

16658760      Judy Witherup      210 W. 1st St.      Oil City, PA 16301

16658761      Liberty Mutual In. Co.      PO Box 607      Norwood, MA 02062–0607

16658762      Mark Claypool, Esq.      Knox Law Firm      120 West 10th Street      Erie, PA 16501

16658763      Preston Hoopes      1432 Fox Hill Road      Ulysses, PA 16948

16658764      Santander Bank      PO Box 961211      Fort Worth, TX 76161–0211

16658765      Santander Bank      Santander Consumer USA Inc., Attn: Bankr      PO Box 961245      Fort Worth, TX 76161–0244

16658766      Ted Kline      18 Hone Ave.      Oil City, PA 16301

16658767      Venango County Tax Claim Bureau      1174 Elk Street      PO Box 831      Franklin, PA 16323

TOTAL: 20