IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No.:  26-10196-JCM |
| | ) |
| STEPHEN HADLEY, | ) Chapter 7 |
| | ) |
| Debtor | ) |

## APPEARANCE AND REQUEST FOR SERVICE

TO THE CLERK:

Please enter our appearance as attorneys for Preston Hoopes, trading and doing business

as Hoopes Equipment Rental & Turf Farming, a creditor, in the above matter and please provide

the undersigned with notice and service in accordance with Bankruptcy Rule 2002.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for Preston Hoopes, trading and doing
business as Hoopes Equipment Rental & Turf
Farming

By: ___*/s/ Mark G. Claypool*___
Mark G. Claypool
PA I.D. No. 63199
120 West Tenth Street
Erie, Pennsylvania  16501-1461
(814) 459-2800
mclaypool@kmgslaw.com

cc:     Tina M. Fryling
4258 W. 12th St.
Erie, PA 16505

# 2685313.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | )  Bankruptcy Case No.:  26-10196-JCM |
| | ) |
| STEPHEN HADLEY, | )  Chapter 7 |
| | ) |
| Debtor | ) |

<u>DECLARATION IN LIEU OF AFFIDAVIT</u>

**Regarding Request To Be Added in the Mailing Matrix**

I am the Attorney for Preston Hoopes, trading and doing business as Hoopes Equipment Rental & Turf Farming, a creditor in the above captioned bankruptcy case, and I am authorized by this party to make the accompanying request for notices.  I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

**Please check the appropriate box**
X      that there are no other requests to receive notices on behalf of this creditor, or
☐      that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

<u>Preston Hoopes, trading and doing business as Hoopes Equipment Rental & Turf Farming</u>
Creditor's Name

<u>1432 Fox Hill Rd.</u>
Creditor's Address

<u>Ulysses, PA 16948</u>
City, State ZIP

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2026

<u>Mark G. Claypool, Esquire</u>
Attorney For Creditor
*/s/ Mark G. Claypool, Esquire*
Signature of Attorney for Creditor

# 2685313.v1