UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 26-10196-JCM |
| STEPHEN HADLEY , | : | |
| Individually and trading and doing | : | |
| Business as HADLEY LANDSCAPING | : | |
| | : | |
| Debtor, | : | CHAPTER NO. 7 |
| | : | |
| STEPHEN HADLEY , | : | Response Due: June 2, 2026 |
| Movant | : | Hearing:  August 6, 2026 at 1:30 |
| v | : | |
| | : | |
| PRESTON HOOPES, trading and doing | : | |
| Business as HOOPES EQUIPMENT | : | |
| RENTAL & TURF FARMING | : | |
| and JUSTIN SCHANTZ, ESQUIRE | : | |
| Respondents | : | |

**MOTION TO AVOID JUDICIAL LIEN(S) PURSUANT TO
SECTION 522(f) OF THE BANKRUPTCY CODE**

AND NOW, comes the Debtor, STEPHEN HADLEY, by and through counsel, Tina M.

Fryling, Esquire, and pursuant to 11 U.S.C. §522(f), files this Motion to Avoid Judicial Lien(s) of

PRESTON HOOPES which impair an exemption to which the Debtor is entitled, to-wit, real

property used as a residence, at 116 W. 4th Street, Oil City, Pennsylvania, under 11 U.S.C.

§522(d)(1)(f), and states in support thereof as follows:

1.  Debtor filed for relief under Chapter 7 of the Bankruptcy Code on April 12, 2026.

2.  This Court has jurisdiction over this matter under 28 U.S.C. S 1334.

3.  This is a core matter as defined under 28 U.S.C. S 157(b)(2)(K).

2.  As part of his schedules, Debtor listed a residence and real estate located at 114 West 4th

Street, Oil City, PA  16301 (a vacant lot)  and 116 W. 4th Street, Oil City, PA 16301 (Movant's

residence), with an estimated  combined value estimated to be $118,100. Hadley's residential

property.   There are no mortgages on the property.

    3.     The creditor, Preston Hoopes, entered judgments against the Debtor in the Venango

County Court of Common Pleas,  thus having a judicial lien on the property,  for which a writ of

execution was filed on November 17, 2025. A copy of the writ of execution filed by Respondent

Hoopes is attached hereto.

    4.     Pursuant to 11 U.S.C. S 511(f)(1) the debtor may avoid the aforesaid lien for the reason

that said lien impairs the exemptions to which the debtor is entitled in his real estate under 11

USC S 511(d)(1).

5.  Information concerning the liens to be avoided, as of the time of the bankruptcy filing:

    a.  The amount of the liens (does not include post-judgment interest)     $115,174.36

    b.  All other liens on the property:  None

    c. The amount of exemption Debtor could claim if there were no liens    $31,575

    6.     The total of all indebtedness on the property is                          $0

    a.     The value of debtor's interest in the property at the time of filing
         if there were no liens would be, at a minimum,             $118,100.

    b.     The amount of other liens that have been avoided in this case is:    0

    c.     Liens not included in the above calculation:                          0

    d.     The liens to be avoided fall under 11 U.S.C. S 522(f).

WHEREFORE, Debtor, Stephen Hadley, respectfully requests that this Court enter the attached Order avoiding the lien of Respondent, Preston Hoopes, insofar as the lien(s) impair the allowed exemption of the Debtor.

Respectfully submitted,

By  /s/    Tina M. Fryling, Esquire

Tina M. Fryling, Esquire
Attorney for Debtor
4258 West 12th Street
Erie, Pennsylvania 16505
(814) 450-5161
tinafryling@gmail.com
PA I.D. #76520