IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 26-10196-JCM |
| STEPHEN HADLEY , | : | |
| Individually and trading and doing | : | |
| Business as HADLEY LANDSCAPING | : | |
| | : | |
| Debtor, | : | CHAPTER NO. 7 |
| | : | |
| STEPHEN HADLEY , | : | Response Due: June 2, 2026 |
| Movant | : | Hearing:  August 6, 2026 at 1:30 |
| v | : | |
| | : | |
| PRESTON HOOPES, trading and doing | : | |
| Business as HOOPES EQUIPMENT | : | |
| RENTAL & TURF FARMING | : | |
| and JUSTIN SCHANTZ, ESQUIRE | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of the

Debtor's Motion to Avoid Liens as Impairing Debtor's Exemption, it is hereby ORDERED,

ADJUDGED and DECREED that the Defendant's judicial lien against the real property

described in the Motion, 116 West 4th Street, Oil City, PA 16301, are avoided and canceled.

Said judgments were entered in the Venango County Court of Common Pleas at Docket Nos.

Civ. No. 1790-2017, 1046-2019, 754-2024, and 612-2025.

_____
John P. Melaragno
United States Bankruptcy Court