UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 26-10196-JCM |
| STEPHEN HADLEY , | : | |
| Individually and trading and doing | : | |
| Business as HADLEY LANDSCAPING | : | |
| | : | |
| Debtor, | : | CHAPTER NO. 7 |
| | : | |
| STEPHEN HADLEY , | : | Response Due: June 2, 2026 |
| Movant | : | Hearing:  August 6, 2026 at 1:30 |
| v | : | |
| | : | |
| PRESTON HOOPES, trading and doing | : | |
| Business as HOOPES EQUIPMENT | : | |
| RENTAL & TURF FARMING | : | |
| | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served or caused to be served, on the  15th day of June, 2026, a copy of the above Motion with attached proposed order(s) of court, and the Notice of Hearing filed herewith upon each of the following persons and parties in interest at the addresses shown below:

**Via US mail:**

Stephen Hadley                                    Mark Claypool
116 West 4th St.                                  Knox Law Firm
Oil City, PA 16301                                120 West 10th Street
                                                  Erie, PA  16501
Justin P. Schantz, Esq.
324 South Maple Avenue, 2nd Floor
Greensburg, PA 15725 V


Preston Hoopes                                    **Via CM/ECF**
1432 Fox Hill Rd.                                 Office of the United States Trustee
Ulysses, PA 16948                                 ustpregion03.pi.ecf@usdoj.gov


                                        /s/ Tina M. Fryling
                                        Tina M. Fryling, Esq.
                                        Attorney for Debtor
                                        4258 West 12th Street
                                        Erie, PA  16505