PRESTON HOOPES, trading and doing business as Hoopes Equipment Rental & Turf Farming, ) IN THE COURT OF COMMON PLEAS
) OF VENANGO COUNTY,
) PENNSYLVANIA

Plaintiff, )

vs. ) CIVIL ACTION-LAW

STEPHEN HADLEY, individually, and trading and doing business as Hadley Landscaping, ) NO. 612-2025

Defendant. )

## PRAECIPE FOR WRIT OF EXECUTION

TO THE PROTHONOTARY:

Issue writ of execution in the above matter:

| | |
|---|---|
| Judgment Amount – 8/2/24 | $ 123,850.28 |
| Legal interest from 8/2/24 – 11/11/25 | 9,076.10 |
| Attorney's fees to date | 6,614.50 |
| Costs | 2,931.55 |
| Total due | $ 142,472.43 |

With interest at the legal rate from August 22, 2025 (per diem - $20.35), costs, fees, and attorney's fees continue to accrue.

KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

Date: November 13, 2025

BY: _____
Mark G. Claypool, Esquire
Pa ID #63199
120 West Tenth Street
Erie, Pennsylvania 16501
Telephone (814) 459-2800

# 2625492.v1