IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
STEPHEN HADLEY : Case No. 26-10196-JCM
    DEBTOR :
    : Chapter 7
*Debtor(s)* :
    :
PRESTON HOOPES, trading and doing : Document No.
business as HOOPES EQUIPMENT :
RENTAL & TURF FARMING :
    Movant : Related to Doc. No. 12
    V. :
STEPHEN HADLEY and JUSTIN P. :
SCHANTZ, EQUIRE, TRUSTEE : Hearing Date and Time:
    Respondents : June 25, 2026 at 2:00

**RESPONSE OF DEBTOR TO THE MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

Debtor STEPHEN HADLEY, by and through counsel, Tina M. Fryling, Esq., files the

following response to the Motion for Relief from the Automatic Stay filed by Preston Hoopes,

stating in support thereof as follows:

1.      The Debtor has filed a Motion to Strike the lien that is the basis for the Movant's Motion,

insofar as the lien impairs the exemption that the Debtor is otherwise entitled to under Federal

Bankruptcy law.

2.      The Debtor's Motion is set to be heard by this Court on  August 6, 2026, which is the

next Chapter 7 hearing date available in this Court.

3.      The Debtor avers that should this property be sold at a Sheriff's sale, where  historically

properties are sold for less than fair market value, there will be no possibility of the Debtor to

receive his exempted equity in the property, nor would there be any possibility of the property

being sold for enough to pay off any other creditors in this case.   Listing the property with a realtor, it is averred, will bring in a more fair market value of the property.

4.      The Debtor thereby requests that the Movant's  Motion be denied in order to provide the Debtor with the benefit of bankruptcy protection and market the property in the attempt to allow him to retain the value of his exemption, should the property sell for enough to pay the lien and his exemption.

WHEREFORE, the Debtor respectfully requests that this Court deny the Movant's Motion.

/s/ Tina M. Fryling
Tina M. Fryling, Esq., 76520
Attorney for Debtor
4258 West 12th Street
Erie, PA  16505
(814) 450-5161
tinafryling@gmail.com