# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| STEPHEN HADLEY | : | Case No. 26-10196-JCM |
|     DEBTOR | : | |
| | : | Chapter 7 |
| *Debtor(s)* | : | |
| | : | |
| PRESTON HOOPES, trading and doing | : | Document No. |
| business as HOOPES EQUIPMENT | : | |
| RENTAL & TURF FARMING | : | |
|     Movant | : | Related to Doc. No. 12 |
|     V. | : | |
| STEPHEN HADLEY and JUSTIN P. | : | |
| SCHANTZ, ESQUIRE, TRUSTEE | : | Hearing Date and Time: |
|     Respondents | : | June 25, 2026 at 2:00 |

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Debtor's Response to the Motion for Relief from the Automatic Stay on the following entities on June 15, 2026, as follows:

**Via US mail:**

Stephen Hadley
116 West 4th St.
Oil City, PA 16301

Justin P. Schantz, Esq.
324 South Maple Avenue, 2nd Floor
Greensburg, PA 15725 V

Preston Hoopes
1432 Fox Hill Rd.
Ulysses, PA 16948

Mark Claypool
Knox Law Firm
120 West 10th Street
Erie, PA  16501

**Via CM/ECF**
Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtor
4258 West 12th Street
Erie, PA  16505
(814) 450 5161