IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
 Stephen Hadley,                           : Case No: 26-10196 -JCM
  Debtor                              : Chapter 7
                                                :
 Justin P. Schantz, Esquire, Trustee       :
 of the Bankruptcy Estate of               :
 Stephen Hadley                            :
  Movant                              :
                                                :
 vs.                                       :
                                                :
 Stephen Hadley,                           :
  Respondent                          :
                                                :
                                                :

## <u>WITHDRAWAL OF REPORT OF NO DISTRIBUTION</u>

AND NOW Trustee Justin P. Schantz, appearing on his own behalf, files the within Withdrawal of his Report of No Distribution.  In support of said withdrawal, the Trustee avers the following:

1.  This withdrawal relates to the Report of No Distribution filed by the Trustee on May 15, 2026.

2.  The withdrawal was based on a determination that the Trustee could not complete a meaningful distribution to unsecured creditors based on the assets available and listed in the bankruptcy schedules.

3.  In the past week, Counsel for the Debtor has discussed this matter with the undersigned, and Counsel also disclosed a potential offer for the real property.

4.  Furthermore, based on this discussion and based on ongoing litigation concerning an exemption to exemptions, the Trustee believes there may be the possibility of a meaningful distribution based on the parties in interest coming to a meaningful agreement.

5.  Given these discussions, the Trustee believes the Report of No Distribution is no longer appropriate at this time, and instead would seek to file a Notice of Assets.

6.  Therefore, the Trustee wishes to withdraw the Report of No Distribution in order to continue administration of the within case for the benefit of creditors.

WHEREFORE, the Trustee respectfully withdraws the Report of No Distribution filed in the within case.

Respectfully submitted,

/s/ Justin P. Schantz, Trustee

Justin P. Schantz, Esquire
324 South Maple Ave, 2nd Floor
Greensburg, PA 15601
(724) 837-2320

PA I.D. #210198
Chapter 7 Trustee

SO ORDERED
July 21, 2026

John C. Melaragno, Judge  dak
United States Bankruptcy Court
SIGNED
7/21/26 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA