# Notice Recipients

District/Off: 0315−1                  User: auto                          Date Created: 7/21/2026

Case: 26−10196−JCM                    Form ID: pdf900                     Total: 5


**Recipients of Notice of Electronic Filing:**

ust          Office of the United States Trustee          ustpregion03.pi.ecf@usdoj.gov
tr           Justin P. Schantz          jpstrustee@gmail.com
aty          Justin P. Schantz          jpstrustee@gmail.com
aty          Tina M. Fryling          tinafryling@gmail.com

                                                                                TOTAL: 4


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db           Stephen Hadley          116 West 4th St.          Oil City, PA 16301

                                                                                TOTAL: 1