# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 26-10196-JCM |
| | : | | |
| Stephen Hadley | : | Chapter: | 7 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/6/2026 |
| | : | Time: | 02:00 |

## PROCEEDING MEMO

**MATTER**       #15 Motion to Avoid Lien with Preston Hoopes
            #24 Response by Preston Hoopes

**APPEARANCES:**

        Debtor:        Tina M. Fryling
        Trustee:        Justin P. Schantz
        Preston Hoopes:  Mark Claypool

**NOTES:**

Claypool:        The Court previously granted relief from stay.  We have a sheriff sale
            scheduled in October.

Schantz:        We have a current offer for $90,000.

**OUTCOME:**        Respondent to file a proposed order.

                SIGNED
                8/6/26 4:33 pm
                CLERK
                U.S. BANKRUPTCY
                COURT - WDPA