IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE:<br><br>STEPHEN HADLEY, individually and trading and doing business as HADLEY LANDSCAPING,<br>Debtor<br><br>STEPHEN HADLEY,<br>Movant<br><br>v.<br><br>PRESTON HOOPES, trading and doing business as HOOPES EQUIPMENT RENTAL & TURF FARMING and JUSTIN P. SCHANTZ, ESQUIRE, TRUSTEE,<br>Respondents | Bankruptcy Case No. 26-10196-JCM<br><br>Chapter 7<br><br>Docket No.<br><br>Related to Docket Nos. 15, 24, 35, and 38 |

**ORDER**

AND NOW, this ____ day of _________________, 2026, upon consideration of the Debtor's Motion to Avoid Lien(s) (the, "Motion") and the Response thereto by Respondent, Preston Hoopes ("Hoopes"), it appearing that Hoopes obtained a Judgment against the Defendant with the Court of Common Pleas of Venango County at Docket No. 1790-2007 (revived at Docket Nos. 1046-2019, 754-2024, and 612-2025) (the, "Judgment"), that this Judgment is a valid and enforceable judgment lien against among other things, the Debtor's residence commonly known as 116 West 4th St., Oil City, PA 16301 (the, "Residence"), that the Debtor filed the instant Petition for Relief under Chapter 7 of the Bankruptcy Code on April 12, 2026 and claimed an exemption in the Residence only of exactly $31,575, it is therefore ORDERED, ADJUDGED, and DECREED, as follows:

The Motion is granted to the extent that Hoopes' Judgment is partially avoided ONLY as to the Residence and not any other real estate owned by the Debtor and ONLY in the limited amount of $31,575 reflecting Debtor's exemption claim under 11 USC §522 d (1).

READ AND AGREED TO:

Mark G. Claypool, Esq.
Attorney for Preston Hoopes

Tina Fryling, Esq.
Attorney for Stephen Hadley

The Honorable John C. Melaragno
United States Bankruptcy Judge

4924-0297-7991 v.1