UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Stephen Hadley | ) | Case No: 26-10196-JCM |
| | ) | Chapter 7 |
| Stephen Hadley, Movant | ) | Hearing Date: October 1, 2026 |
| | ) | Hearing Time: 2:30 p.m. |
| v. | ) | |
| Justin Schantz, Respondent | ) | Response Date: September 18, 2026 |

**MOTION TO EMPLOY REALTOR**

AND NOW, to wit, comes TINA M. FRYLING, ESQ., Attorney for Stephen Hadley the Debtor herein, and file this MOTION TO EMPLOY REALTOR and respectfully represent as follows:

1. The Movants, Stephen Hadley is the debtor in the above-captioned bankruptcy proceeding.

2. A voluntary petition for relief under Chapter 13 of Title 11 of the United States Code was filed by the Debtor on April 12, 2026.

3. The debtor owns real property (his residence and an adjacent lot) located at 114 and 116 West Fourth Street, Oil City, PA 16301.

4. The debtor wishes to sell the property referenced above.

4. The Debtor signed a listing agreement on July 6, 2026 with William P. Moon, Jr. of Gates & Burns Realty, Inc. This agreement is attached as Exhibit “A”.

5. William P. Moon, Jr. is a disinterested person and does not hold or represent an interest adverse to the Estate. To the best of Movant’s knowledge, said realtor has no connection with the Debtor, any other party in interest, their respective attorneys, the Chapter 7 Trustee, the United States Trustee, or any person employed in the office of the United States Trustee. This Affidavit is attached as Exhibit “B”.

6. Movant proposes to compensate said realtor by paying a commission of 2.0% of the sales price as provided by paragraph 3A of the listing contract.

WHEREFORE, Movant prays for an Order approving the employment of realtor William P. Moon, Jr. of Gates & Burns Realty, Inc. to render the services aforesaid on the terms and

conditions set forth herein, and for such further and other relief which is necessary and proper.

Respectfully Submitted,

Dated: September 3, 2026

/s/ Tina M. Fryling, Esq.
Tina M. Fryling, Esquire
333 State Street, Suite 203
Erie, Pennsylvania 16507
(814) 450-5161
tinafryling@gmail.com
PA ID 76520