UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Stephen Hadley | ) | Case No: 26-10196-JCM |
| | ) | |
| ______________________________ | ) | |
| | ) | Chapter 7 |
| | ) | |
| Stephen Hadley | ) | |
| Movant | ) | Hearing Date: October 1, 2026 |
| | ) | Hearing Time: 2:30 p.m. |
| v. | ) | |
| Justin Schantz | ) | |
| Respondent | ) | |

**AFFIDAVIT OF PROFESSIONAL**

COMMONWEALTH OF PENNSYLVANIA :
: SS
COUNTY OF ERIE :

William P. Moon, Jr., being duly sworn, deposes and says:

(1) The affiant is licensed real estate brokers of the Commonwealth of Pennsylvania.
(2) The affiant is affiliated with Gates & Burns Realty, Inc. with an office located at 8 East first Street, Oil City, PA 16301.
(3) The affiant submits this Affidavit pursuant to Bankruptcy Rule 2014 in connection with and in support of the Debtor's Motion to Appoint Realtor.
(4) Affiant is disinterested persons and does not represent or hold any interest adverse to the estate. To the best of Movant's knowledge, said realtor has no connections with the Debtor, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set forth hereinafter.
(5) Any compensation to be paid in this engagement shall be subject to prior approval by the Court.
(6) No agreement or understanding exists between the affiants and any other person for the sharing of compensation to be received in connection with this case aside from the traditional division of compensation among realtors and their firms, the Trustee or the bankruptcy estate in the matters upon which affiant is to be engaged.

/s/ William P. Moon, Jr.
William P. Moon, Jr.

State of Pennsylvania :
: ss
County of Venango :

On this 3rd day of September, 2026, before me, the undersigned officer, personally appeared William P. Moon, Jr. known to me (or satisfactorily proven) to be the persons whose names are subscribed to the above instrument, and acknowledged that they executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and notarial seal.

/s/ Deborah L. Bernoski
Notary Public
Venango County
Commission Expiration July 8, 2029
Commission Number 1010998