UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Stephen Hadley ) Case No: 26-10196-JCM
)
)
) Chapter 7
)
)
Stephen Hadley )
Movant ) Hearing Date: October 1, 2026
) Hearing Time: 2:30 p.m.
v. )
Justin Schantz )
Respondent )

## CERTIFICATION OF SERVICE

I, the undersigned, certify that I served or caused to be served on September 3, 2026, a copy of the Motion to Employ Realtor on the following parties at the addresses specified below.

Electronic Notification:

Office of the U. S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov

Justin Schantz, Esq.
U.S. Steel Tower
Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

First Class Mail:

William P. Moon, Jr.
8 East 1st Street
OIl City, PA 16301

Stephen Hadley
116 West Fourth Street
Oil City, PA 16301

RESPECTFULLY SUBMITTED,

s/ Tina M. Fryling, Esq.
Tina M. Fryling, Esquire
333 State Street, Suite 203
Erie, Pennsylvania 16507
(814) 450-5161
PA ID 76520