Label Matrix for local noticing
0315-1
Case 26-10196-JCM
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Thu Sep 3 17:40:07 EDT 2026

Capital One
AttN: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Mark G. Claypool
120 West Tenth Street
Erie, PA 16501-1410

Credit Collection Serv
PO Box 607
Norwood, MA 02062-0607

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Dept of Education/Neln
PO Box 82561
Lincoln, NE 68501-2561

Tina M. Fryling
Tina M. Fryling, Esq.
4258 West 12th Street
Suite 203
Erie, PA 16505-3001

Stephen Hadley
116 West 4th St.
Oil City, PA 16301-2810

IRS
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Judy Witherup
210 W. 1st St.
Oil City, PA 16301-2816

Liberty Mutual In. Co.
PO Box 607
Norwood, MA 02062-0607

Mark Claypool, Esq.
Knox Law Firm
120 West 10th Street
Erie, PA 16501-1410

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Preston Hoopes
1432 Fox Hill Road
Ulysses, PA 16948-9347

Preston Hoopes, trading and doing business a
1432 Fox Hill Rd.
Ulysses, PA 16948-9347

Santander Bank
PO Box 961211
Fort Worth, TX 76161-0211

Santander Bank
Santander Consumer USA Inc., Attn: Bankr
PO Box 961245
Fort Worth, TX 76161-0244

Justin P. Schantz
David A. Colecchia and Associates
324 South Maple Avenue
2nd Floor
Greensburg, PA 15601-3219

Ted Kline
18 Hone Ave.
Oil City, PA 16301-1812

U.S Department of Education c/o Nelnet
121 South 13th Street
LINCOLN, NE 68508-1911

Venango County Tax Claim Bureau
1174 Elk Street
PO Box 831
Franklin, PA 16323-0831

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Justin P. Schantz
David A. Colecchia and Associates
324 South Maple Avenue
2nd Floor
Greensburg, PA 15601-3219

End of Label Matrix
Mailable recipients 23
Bypassed recipients 1
Total 24