| | | |
|---|---|---|
| IN RE:<br>STEPHEN HADLEY<br>Debtor | : | BANKRUPTCY CASE NO. 26-10196-JCM<br><br>CHAPTER NO. 7 |
| STEPHEN HADLEY,<br><br>Movant | : | Related to Document #<br><br>Filed under Local Bankr.<br>Rule 9013.4 ¶6 (a) |
| v. | : | |
| JUSTIN SCHANTZ, TRUSTEE<br>Respondent | : | Hearing Date: October 1, 2026 at 2:30 p.m.<br><br>Response date: September 18, 2026 |

ORDER

AND NOW, this _____ day of ______________, 2026, upon consideration of the Motion of Debtor John Smith for Order Requiring Chapter 7 Trustee to Abandon Property pursuant to 11 U.S.C. § 554(b) and Fed. R. Bankr. P. 6007(b), and after notice and an opportunity for interested parties to object, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The Motion is **GRANTED**.

2. The property described in the Motion as 114 and 116 West Fourth Street, Oil City, PA 16301is hereby abandoned by the Chapter 7 Trustee, **Justin Schantz,** pursuant to 11 U.S.C. § 554(b).

3. The Property is determined to be burdensome to the estate and/or of inconsequential value and benefit to the estate.

4. Pursuant to Fed. R. Bankr. P. 6007(b)(3), this Order affects the Trustee's abandonment of the Property without further notice.

________________________
John C. Melaragno, Judge