| | | |
|---|---|---|
| IN RE:<br>STEPHEN HADLEY<br>Debtor | : | BANKRUPTCY CASE NO. 26-10196-JCM<br><br>CHAPTER NO. 7 |
| STEPHEN HADLEY,<br><br>Movant | : | Related to Document #<br><br>Filed under Local Bankr.<br>Rule 9013.4 ¶6 (a) |
| v. | : | |
| JUSTIN SCHANTZ, TRUSTEE<br>Respondent | : | Hearing Date: October 1, 2026 at 2:30 p.m. |
| | : | Response date: September 18, 2026 |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served or caused to be served, on the 3rd day of September, 2026, a copy of the above Motion with attached proposed order(s) of court, upon all of the parties listed on the attached mailing matrix via First Class Mail, Postage Prepaid.

Method of Service: First Class Mail, postage prepaid.

Attorney for Movant

By /s/ Tina M. Fryling, Esquire
Tina M. Fryling, Esquire
Attorney for Debtor