UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 26-10196-JCM |
| STEPHEN HADLEY | : | |
| Debtor | : | CHAPTER NO. 7 |
| | : | |
| STEPHEN HADLEY, | : | Related to Document # |
| | : | |
| Movant | : | Filed under Local Bankr. |
| | : | Rule 9013.4 ¶6 (a) |
| v. | : | |
| | : | |
| | : | |
| VENANGO COUNTY TAX BUREAU | : | Hearing Date: October 2, 2026 at 2:30 p.m. |
| CITY OF OIL CITY TAX BUREAU | : | |
| PRESTON HOOPES | : | |
| and RONDA | : | Response date: September 18, 2026 |

**NOTICE OF HEARING ON MOTION TO SELL**
**PROPERTY FREE AND DIVESTED OF LIENS**

To the creditors and parties in interest of the above named Debtor:

NOTICE IS HEREBY GIVEN THAT Debtor has filed a Motion to Sell Real Property for the following property:

**Two story residence located at** 116 West 4th Street, Oil City, Pennsylvania and adjoining Lot located at 114 West 4th Street, Oil City, Pennsylvania.

to Lisa Donnelly for $90,000 according to the terms set forth in the *Motion for Sale*.

***On or before September 18, 2026***, any ***Objections*** to the sale shall be filed with the U.S. Bankruptcy Court, U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501), with a copy served on all interested parties.

A hearing is scheduled for October 2, 2026 at 2:30 P.M. before Judge John C. Melaragno in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time higher/better offers will be considered and objections to the sale will be heard.

Date of Notice September 3, 2026

Tina M. Fryling, Esq.
Attorney for Debtor

Arrangements for inspection prior
to said sale hearing may be made with:
Tina M. Fryling, Esq., 333 State Street, Suite 203 Erie, PA 16507
(814) 450 5161